# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ARDAVAN AFRAKHTEH and <br> AUTOBAHN SOUTH, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONWIDE TRANSPORT SERVICES, LLC, <br> R.O.M. EXPRESS, INC., <br> SKYLINE CARRIERS, INC. and <br> LEIF ELLIOT OVE, <br><br> Defendants. | ) ) ) ) ) ) **Docket No. 3:19-CV-00403** ) ) **Judges Crenshaw/Frensley** ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Come the parties hereto, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, and announce to the Court their stipulation that: The claims of the plaintiffs, Ardavan Afrakhteh and Autobahn South, Inc., against Nationwide Transport Services, LLC, R.O.M. Express, Inc., Skyline Carriers, Inc., and Leif Elliot Ove are dismissed with full and final prejudice. Likewise, Nationwide Transport Services, LLC's cross-claim against R.O.M. Express, Inc. is dismissed with full and final prejudice. Each party will bear his or its own discretionary costs and attorneys' fees. No cost bill shall be allowed.

Respectfully submitted this the ___ day of April, 2020.

                             **TRAMMELL, ADKINS & WARD, P.C.**

                             By:    s/Terrill L. Adkins
                                     Terrill L. Adkins, Esq. BPR#013138
                                     Attorneys for Nationwide Transport
                                     P.O. Box 51450
                                     Knoxville, Tennessee 37950
                                     terryadkins@tawpc.com (email)
                                     (865) 330-2577 (phone)
                                     (865) 330-2578 (fax)

1

**ARNETT, DRAPER & HAGOOD**

By:   s/ Paul Wehmeier
       Jay W. Mader, Esq. BPR#016199
       Paul E. Wehmeier, Esq. BPR#030400
       Attorneys for Plaintiffs
       P.O. Box 300
       Knoxville, Tennessee 37901
       (865) 546-7000 (phone)
       (865) 546-0423 (fax)


**FEENEY & MURRAY, P.C.**

By:   s/ John T. Feeney
       John T. Feeney, Esq. BPR#011482
       Attorneys for R.O.M., Skyline, & Leif Ove
       P.O. Box 198685
       Nashville, Tennessee 37219
       jtf@feeneymurray.com (email)
       (615) 242-3700 (phone)
       (615) 242-7111 (fax)